People v Lowe (2025 NY Slip Op 05257)

People v Lowe

2025 NY Slip Op 05257

Decided on October 1, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 1, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
ROBERT J. MILLER
LOURDES M. VENTURA
LAURENCE L. LOVE, JJ.

2022-05798 
2022-05799

[*1]The People of the State of New York, respondent,
v
Eugene Lowe, appellant. (Ind. Nos. 373/20, 71576/22.)

Twyla Carter, New York, NY (Sylvia Lara Altreuter of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Christopher Blira-Koessler, and Philip Amur of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from two judgments of the Supreme Court, Queens County (Mary L. Bejarano, J.), both rendered July 5, 2022, convicting him of criminal possession of a weapon in the second degree under Indictment No. 373/20, and attempted robbery in the first degree under Indictment No. 71576/22, upon his pleas of guilty, and imposing sentences.
ORDERED that the judgments are affirmed.
Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545, 558-564; People v Bryant, 28 NY3d 1094, 1095-1096; People v Corbin, 121 AD3d 803, 804-805; cf. People v D.A., 184 AD3d 581, 582-583). The defendant's valid waiver of his right to appeal precludes appellate review of his challenge to the Supreme Court's denial of his motion pursuant to CPL 30.30 to dismiss Indictment No. 373/20 on the ground that he was deprived of his statutory right to a speedy trial (see People v Montano, 235 AD3d 1003; People v McLeod, 235 AD3d 999, 1000; People v Gore, 224 AD3d 848, 848-849), as well as his contention that the sentences imposed were excessive (see People v Cabral, 223 AD3d 839, 839; People v Stevens, 203 AD3d 958, 959-961).
GENOVESI, J.P., MILLER, VENTURA and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court